# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Inmate Identification Number: 71738

_____

(Enter above the full name of the plaintiff in this action)

> NOTICE TO FILING PARTY
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

defendant Jason Blankenship
defendant District Judge
Jeb Fannin,

CV-16-K-1293-E

(Enter above full name(s) of the defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes (  )          No ( ✓ )

   B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff: _____ N/A _____

           Defendant(s): _____ N/A _____

2

2. Court (if Federal Court, name the district; if State Court, name the county) N/A

3. Docket number N/A

4. Name of judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. Place of present confinement Talladega County Jail

   A. Is there a prisoner grievance procedure in this institution?
Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes ( )   No (✓)

   C. If your answer is YES:

      1. What steps did you take? N/A

      2. What was the result? denied

   D. If your answer is NO, explain why not: denied

III.  Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A.  Name of Plaintiff(s) James, Douglas Mickey-Bey

Address Talladega County Jail, PO Box B, Talladega Al 35161

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B.  Defendant Jason Blankenship and defendant

Is employed as Judge Jeb Fannin

at Judicial Building

C.  Additional Defendants 148 East Street, Talladega Al 35161

IV.  Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

defendant officer Jason Blankenship and defendant District Judge Jeb Fannin was acting under color of state law, willful deprived plaintiff James, Douglas Mickey-Bey of his Rights, privileges, immunities thats secured and protected by the Constitution.

4

and laws of the United States, defendant Blankenship and defendant Franklin have not afforded or provide due process of law or equal protection of law.

## V. RELIEF

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

① The Authorities herein be ordered to give the plaintiff a 4th Amendment determination of probable cause ② defendants be sued in their official and individual capacity ③ Whatsoever the court deem proper any appropriate relief here under ④ A declaratory judgement. That a form complaint that's unaccompanied by a separate affidavit is unconstitutional.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2016.

_____
SIGNATURE

ADDRESS _____

_____

_____

AIS # _____

## Circumstances Overview
## Factual Allegations

1 of 4

① ON OR About the 22nd DAY OF March, 2016, defendant Officer Jason Blankenship says, on oath, that he has probable cause for believing and does believe that plaintiff, Janice Douglas Mackey, while at or near Seminole Drive, near RR tracks and B.B. Comer School, Sylacauga, Talladega County, Alabama, distribute A controlled substance, to wit cocaine to an undercover agent.

② defendant Blankenship didn't say He saw the offense being committed, which he didn't, He didn't disclose what the source of his belief.

③ ON April the 5th 2016, Officer Blankenship were acting in pursuant of an arrest warrant, that was not based on probable cause, defendant Blankenship simply inserted my name, and someone others into a preprinted, prepared, form complaint, that was unaccompanied by a separate affidavit, it lacked factual justification to support this arrest warrant.

④ On April the 5th 2016, defendant Officer Blankenship submitted this insufficient form complaint to defendant District Judge Jeb Fannin, the issuing authority, who couldn't and didn't make a 4th Amendment determination of probable cause, that probable cause existed, defendant Fannin, who were acting under the color of state law, failed the laws and requirements of a Judicial Hearing.

(5)
The warrant that defendant Judge Jeb Fannin issued failed to meet minimum constitutional standards. A form complaint that unaccompanied by a separate affidavit, is clearly inadequate under well established supreme court case law.

(6)
Plaintiff James Douglas Mickey, on April 4th, 2016 was unlawfully illegally and unconstitutionally arrested, and place into confinement at the Wilcox County Jail, restraint of liberties.

(7)
A few days later, Plaintiff Mickey was ordered to an initial appearance before defendant Fannin, who was not a neutral and detached judge. At his initial appearance, plaintiff was not served copy of the charge, plaintiff was not informed right to be represented by counsel, plaintiff was not informed right to demand a preliminary hearing under Rule 5.1 Ar.crim.P. on the right to remain silent, plaintiff was stripped of all his other rights.

(8)
Defendant officer Jasey Blankenship and defendant District Judge Jeb Fannin, fail all the requirements to deprived a citizen of the United States his constitutional right herein.

(9)
The arrest was illegal without probable cause probable was never found or existed on a determination of probable cause, no neutral judge, the form complaint its self is unconstitutional. The warrant is also invalid.

# Statement of Claims

**(1)**

Defendant Blankenship and defendant Fannin is without any authority of law, and without any reasonable colorable cause, and the defendants name herein willfully deprived plaintiff of his liberties, contrary to law, the defendant subjected the plaintiff to the deprivation of his liberty and of his rights deprived of equal protection of the law.

**(2)**

Defendants Fannin, Blankenship was acting under color of state law, willfully and without cause arrests and place the plaintiff in confinement as inhabitant of the United States for the purpose of extortion, willfully deprived plaintiff of right, privilege and immunity secured and protected by the constitution and laws of the United States herein.

**(3)**

Defendant Blankenship and defendant Fannin was acting under color of law. They should have known or would have known that plaintiff had constitutional rights. The 4th Amendment provides that no warrant shall be issued, but on probable cause. The 5th Amendment provide that nor shall any person be deprived of life liberty without due process of law. Of the Fourteenth Amendment, including the mandate that no state shall deprive any person of life liberty or property without due process of law. The defendants herein disregard plaintiff James Douglas Mickey rights and willful restraint of all his liberties, herein.

Case 1:16-cv-01293-AKK-TMP   Document 1   Filed 08/08/16   Page 8 of 8



(4)

defendant Officer Blankenship, and defendant Judge Jed Franklin, while acting under color of any law, statute, ordinance, regulation, or custom, willfully subjects, or causes to be subjected, any inhabitant of any state, territory, or district to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution and laws of the United States, plaintiff James, cousin Mickey suffer different punishments, pains, and penalties, as a inhabitant and a citizen of the United States.

(5)

defendant Blankenship, and defendant Franklin have clearly as state officials who have violated their oath of office, themselves, owe first obligation, and willfully deprive plaintiff Mickey of his constitutional rights herein, by the abuse of state power.

The Criminal complaint, and the initial appearance documents is corroborating evidence for proof, log on to Ala. court. com.

Executed _____

                                    X _____