# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **JAMES DOUGLAS MICKEY-BEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Case Number:** |
| ) | 1:16-cv-01293-AKK-TMP |
| **JASON BLANKENSHIP, et al.,** ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on November 22, 2016, recommending this action be dismissed for failing to state a claim upon which relief can be granted and for being barred by the immunities of the defendants, pursuant to 28 U.S.C. § 1915A(b). Doc. 10. Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b), this action is due to be dismissed for failing to state a claim upon which relief can be granted and for being barred by the immunities of the defendants.

A Final Judgment will be entered.

**DONE** the 22nd day of December, 2016.

_____
                **ABDUL K. KALLON**
            UNITED STATES DISTRICT JUDGE